# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JEANETTE RIOS, | Case No. 1:14-cv-01346-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ECF NO. 3 |
| Defendant. | |

Plaintiff Jeanette Rios ("Plaintiff") filed a complaint on August 28, 2014, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **August 29, 2014**

UNITED STATES MAGISTRATE JUDGE