BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEANETTE RIOS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:14-CV-01346-SAB<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST BY DEFENDANT) |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from May 29, 2015 to June 29, 2015 in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

Stip for EOT, 1:14-CV-01346-SAB           1

This request is the result of a heavy workload for counsel responsible for briefing this case. Additionally, counsel was out of the office unexpectedly last week to care for a sick child and continues to work through her backlog of work. This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: May 28, 2015    By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

DELLERT BAIRD LAW OFFICES, PLLC

Dated: May 28, 2015    By: */s/ Kelsey M. Brown*
KELSEY M. BROWN
Attorney for Plaintiff
(as approved by email on May 28, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

IT IS SO ORDERED.

Dated:   **May 29, 2015**

UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 1:14-CV-01346-SAB         2